UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

## AMENDED MINUTES OF SETTLEMENT APPROVAL HEARING

**CASE NUMBER:** 09–4092-CV-C-NKL

**DATE:** 3/11/11

**HONORABLE Nanette K. Laughrey** presiding at Jefferson City, Missouri

Time Commenced: 2:04 pm
Time Concluded: 2:09 PM

**APPEARANCES:**
    Plaintiff: Jonathan Browning
    Defendant: did not appear

**REMARKS:**
    Hearing held. Defendant did not appear. Defendant is to pay the costs incurred by plaintiff's counsel for appearing at the settlement approval hearing. The Rule 60 motion will be un-termed and granted. The case is reinstated. Parties are to provide a proposed scheduling order to the court by 3/16/11. Motion No. 44 is Denied.

**Courtroom Deputy/Court Reporter:** Laura Bax