# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| PROVIDENCE BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-4092-CV-C-NKL |
| ) | |
| HST GROUP, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## JUDGMENT AND ORDER

NOW ON THIS 7th day of November, 2011, the Complaint filed by Plaintiff Providence Bank is called for trial before the Court, the Honorable Nanette Laughrey, United States District Judge, presiding. Plaintiff appears by counsel, Jonathan C. Browning, and by Ted Henke, the authorized officer for Plaintiff. Though notified of the trial date, time, and location, all Defendants fail to appear. Plaintiff presents evidence and rests. Defendants present no evidence to the Court with respect to any defense or to refute the causes of action raised by Plaintiff. With the issues having been fully tried, briefed, and argued to the Court, and for all of the reasons stated by the Court on the record:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiff Providence Bank, and against each of the Defendants, HST Group, LLC, Roger Stewart, Mary Stewart, Randy Haight, and Sandra Haight, jointly and separately, in the total amount of **$268,082.65**, constituting the deficiency amount owed to Plaintiff, including its attorney's

fees, and court costs as allowed for under the applicable promissory note, guaranty agreements, and deed of trust. Plaintiff is further awarded interest at the highest lawful rate on all judgment amounts due under this Judgment and Order.

**IT IS FURTHER ORDERED** that this Judgment and Ordered is not entered against Defendants Steven Torres and Barbara Torres, due to their filing of bankruptcy under Chapter 7 of the United States Bankruptcy Code, and due to Plaintiff's affirmative statement that it is not seeking a judgment or any damages against Defendants Steven Torres and Barbara Torres.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: November 14, 2011
Jefferson City, Missouri

2